# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC, <br> A Pennsylvania limited liability company, <br><br> Plaintiff, <br> vs. <br><br> AZ METROWAY, INC.; JOSE MURGUIA; and DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 5:15-cv-01701-CAS-KK <br><br> [~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS <u>AZ METROWAY, INC.</u> AND <u>JOSE MURGUIA</u> PURSUANT TO F.R.C.P. 55(b) <br><br> Date:  June 27, 2016 <br> Time:  10:00 am <br> Court: 350 W. First Street, Los Angeles, CA 90012 Courtroom 8D, 8th Floor, <br> Judge: Hon. Christina A. Snyder |

**[PROPOSED] JUDGMENT**

**ORDER AND JUDGMENT**

The Court has before it Plaintiff Live Face on Web LLC's ("LFOW" or "Plaintiff") Motion for Default Judgment against Defendants Jose Murguia ("Murguia") and AZ Metroway, Inc. ("AZ Metroway") (collectively "Defendants"). Having considered Plaintiff's Motion and all documents and evidence attached thereto, and the court being fully advised, and good cause shown:

THE COURT HEREBY ORDERS THAT Plaintiff's Motion for Default Judgment against Defendants AZ Metroway and Murguia pursuant to F.R.F.P. 55(b) is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff on all claims, and AZ Metroway and Murguia shall be jointly and severally liable to Plaintiff in the amount of $34,393.30 (comprising actual damages of $30,000.00, attorney's fees of $3,396.65, costs of $996.65).

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED:     January 10, 2017

_____
Hon. Christina A. Snyder
United States District Court Judge